UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 94-Cr-631 (SHS) |
| -v- | : | <u>ORDER</u> |
| FARRIS PHILLIPS, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    On April 5, 2020, the Court received a letter motion for compassionate relief from defendant *pro se*. On May 8, 2020, Peter E. Quijano and Anthony L. Ricco filed notices of appearance, and they filed a Supplemental Motion to Reduce Sentence for Compassionate Relief [Doc. No. 484], which contained defendant's submissions to the Court, on defendant's behalf. Accordingly,

    IT IS HEREBY ORDERED that:

1. The government shall respond to the letter motion and the supplemental motion on or before May 15, 2020;

2. There will be a telephone conference on Monday, 18, 2020, at 12:00 p.m.; and

3. If the government consents to the relief sought, there shall be no teleconference.

Dated:  New York, New York
        May 11, 2020

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.