

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2020

**BY ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Farris Phillips, 94 Cr. 631 (SHS)**

Dear Judge Stein:

On May 11, 2020, the Court directed the Government to respond to the defendant's letter motion for compassionate release by May 15, 2020, and the Court set a telephonic conference for Monday, May 18, 2020. The undersigned was assigned to this case today. As a result, the Government respectfully requests a week adjournment for the filing of the Government's response and the telephonic hearing.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by: /s/ Rebecca T. Dell

Rebecca T. Dell
Assistant United States Attorney
(212) 637-2198

**The government's response is due on or before Thursday, May 21, 2020, at noon, the teleconference is adjourned to Friday, May 22, 2020, at 12:00 p.m. The parties shall dial 888-273-3658, and enter access code 7004275, to be connected to the teleconference.**

**Dated: May 15, 2020**

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.