U.S.A. v. Farris Phillips
94-Cr-631 (SHS)
Docket-file

Rec'd 5/4/2020

April 23, 2020

Tanika Smith

150 Overlook Ave

Hackensack NJ 07601

Dear Honorable Judge Sidney Stein,

My name is Tanika Smith, I am writing to you on behalf of Federal Inmate Farris Phillips #37765-054. I have known Mr. Phillips since I was 15yrs old and I am now 45yrs old. I currently work for the Federal Government, a job which I accredit Mr. Phillips for pushing me to take the test and secure my future at 24yrs old. Mr. Phillips is and has always been a great friend. Since which leads me to writing you this letter. As a friend to Mr. Phillips, I really would like to see him released to be with his family. At this time of Pandemic and the loss of life that we have been experiencing in the world, I would hate to lose my friend while he is incarcerated due to this virus. Mr. Phillips suffers from a few health issues and would greatly suffer if he were to get sick in his current predicament.

I do understand that the choices that Mr. Phillip made in his young adult life is what has caused him to be incarcerated. I am not excusing that, nor am I making excuses as a reason to have Mr. Phillips released. I am merely stating that as his Friend, who has seen how being incarcerated has made him realize all that he has missed and made him a better man who can't wait to come home and hug his loved ones, be a better person and show that he has learned from his mistakes. I do believe that Mr. Phillips has repented for his crimes, learned from his past mistakes and would benefit from being a part of his family's life. Farris has served almost 95% of his sentence, he has missed a lot of important moments with his loved ones. He has lost family members and friends since being incarcerated. As a friend who has witnessed the change in Farris Phillips, I am humbly asking that you consider releasing him back into society to be with his family.

I appreciate you taking the time to read my letter.

Mrs. Tanika Smith